UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL LAVERN MORRIS,
FDOC Inmate No. 123086,
    Plaintiff,

vs.                                            Case No.: 3:21cv360/MCR/EMT

MARK INCH, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, an inmate of Santa Rosa Correctional Institution proceeding pro se, commenced this action on February 23, 2021, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (*see* ECF No. 1). On April 29, 2021, the undersigned entered an order granting Plaintiff leave to proceed in forma pauperis (IFP) and assessing an initial partial filing fee in the amount of $20.00, to be paid within thirty days (ECF No. 10). The undersigned advised that failure to comply with the order could result in a recommendation that the case be dismissed (*id.* at 3).

Plaintiff failed to timely comply. The undersigned thus entered an order on June 17, 2021, directing Plaintiff to show cause, if any, within thirty days why this case should not be dismissed for failure to comply with an order of the court (ECF No. 13). The undersigned advised that Plaintiff could comply and show cause by

paying the initial partial filing fee within thirty days and that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 27th day of July 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**